FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUZANNE ALEXANDRA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>COLLISION SERVICE REPAIR CENTER, INC. dba GERBER COLLISION & GLASS, a Washington Corporation,<br><br>    Defendant. | NO. 2:18-cv-00395-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

    Before the Court is the parties' Stipulation of Dismissal With Prejudice of All Claims Asserted Against Defendant, ECF No. 11. The parties ask the Court to enter an order dismissing all of the claims and causes of action against Defendant in the above-captioned case.

//
//
//
//
//
//
//
//

**ORDER CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **accepts** and **enters** into the record the parties' Stipulation of Dismissal with Prejudice of All Claims Asserted Against Defendant, ECF No. 11.

2. All of the claims and causes of action asserted against Defendant are **dismissed** with prejudice and without fees or costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

**DATED** this 19th day of April 2019.



Stanley A. Bastian
United States District Judge

**ORDER CLOSING FILE** ~ 2